[850 NE2d 670, 817 NYS2d 623]

DANILIO SANTOS, an Infant, by His Mother and Natural Guardian, LUISA ALMANZAR, Appellant, v BALDWIN-ENDICO REALTY ASSOCIATES, Respondent.

Decided May 11, 2006

### APPEARANCES OF COUNSEL

*Alexander J. Wulwick*, New York City, and *Gurfein Douglas, LLP*, for appellant.

*Cohen, Kuhn & Associates*, New York City (*Erika L. Hartley* of counsel), for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed with costs. We agree with the Appellate Division majority that plaintiff failed to raise an issue of fact as to whether the injuries alleged resulted from a dangerous condition of which defendant had actual or constructive notice (*see Basso v Miller*, 40 NY2d 233, 240-241 [1976]).

Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, in a memorandum.